UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONOVAN A. STENNETT,

Plaintiff,

-against-

NEW YORK STATE,

Defendant.

25-CV-2234 (LLS)

CIVIL JUDGMENT

For the reasons stated in the October 24, 2026 order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 27, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.